PROB 12C
(6/16)

Report Date:  March 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 01, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nicholas Matthew McRae          Case Number: 0980 2:17CR00136-SAB-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence:  March 15, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 77 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: October 27, 2023 |
| Defense Attorney: | Richard Louis Bechtolt, Jr. | Date Supervision Expires: October 26, 2026 |

---

### PETITIONING THE COURT

To issue a warrant.

On October 27, 2023, an officer reviewed the judgment with the offender. Mr. Mcrae signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release by committing the offense of manufacture, deliver, possess with intent to deliver a controlled substance, methamphetamine, on or around March 28, 2024. |
| | On March 28, 2024, Mr. McRae was arrested by the Spokane County Sheriff's Office on the afore mentioned charges, case number 2024-10042433. Mr. McRae was found to be in possession of a large amount of methamphetamine after he was initially involved in a vehicle accident. Mr. McRae initially consented to a search of his vehicle; however, when the deputy located a lock box, Mr. McRae did not want the deputy to search the contents of the lock box. After securing a search warrant, the deputy located a large quantity of methamphetamine. Also located in the vehicle was a scale and a large amount of small, clear plastic baggies which are indicative of someone selling narcotics. |

**Prob12C**
**Re: McRae, Nicholas Matthew**
**March 29, 2024**
**Page 2**

2    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or around March 28, 2024.

On March 28, 2024, Mr. McRae was in possession of a large quantity of methamphetamine, in violation of mandatory condition number 2. He was arrested for new criminal charges in case number 2024-10042433.

3    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release for using methamphetamine on or around March 27, 2024.

Spokane County deputies responded to a vehicle crash involving Mr. McRae. During their interview with Mr. McRae, he disclosed he last used methamphetamine the day prior on March 27, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 29, 2024

s/Corey M. Mccain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/1/2024

Date