PROB 12C
(6/16)

Report Date: April 2, 2024

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2024

SEAN F. McAVOY, CLERK

## Amended Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nicholas Matthew McRae | Case Number: 0980 2:17CR00136-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 15, 2018

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 77 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: October 27, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 26, 2026 |

### PETITIONING THE COURT

A previous violation report requesting a warrant was filed on April 1, 2024. This latest petition is amending the previous petition to update the Court on additional information surrounding the offense conduct alleged in violations 1 and 2.

On October 27, 2023, an officer reviewed the judgment with the offender. Mr. McRae signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release by committing the offense of manufacture, deliver, possess with intent to deliver a controlled substance, methamphetamine, in violation of 69.50.401 BF, on or around March 28, 2024.<br><br>On March 28, 2024, Mr. McRae was arrested by the Spokane County Sheriff's Office on the aforementioned charges, case number 2024-10042433. Mr. McRae was found to be in possession of approximately 31.6 grams of methamphetamine. After securing a search warrant, the deputy located the large quantity of methamphetamine. Also located in the vehicle was a scale and a large amount of small, clear plastic baggies which are indicative of someone selling narcotics. |

Prob12C
Re: McRae, Nicholas Matthew
April 2, 2024
Page 2

|   |   |
|---|---|
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or around March 28, 2024.

Per the police report filed with the Spokane County Sheriff's Office on March 28, 2024, case number 2024-10042433, Mr. McRae was in possession of 31.6 grams of methamphetamine, in violation of mandatory condition number 2.

|   |   |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged Mr. McRae is in violation of his conditions of supervised release for using methamphetamine on or around March 27, 2024.

Spokane County deputies responded to a vehicle crash involving Mr. McRae. During their interview with Mr. McRae, he disclosed he last used methamphetamine the day prior, March 27, 2024.

The U.S. Probation Office respectfully recommends the Court to amended the petition with the previous petition filed with the Court on April 1, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 2, 2024

s/Corey M. Mccain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_ (signature)

Signature of Judicial Officer

4/2/2024
Date