PROB 12C
(6/16)

Report Date: July 26, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Nicholas Matthew McRae | Case Number: | 0980 2:17CR00136-SAB-1 |
| Address of Offender: | ▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207 | | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 15, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 77 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(July 19, 2024) | Prison - 4 months<br>TSR - 32 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | July 22, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | March 21, 2027 |

### PETITIONING THE COURT

To issue a warrant.

Mr. McRae was present during a revocation hearing on July 19, 2024, in which the Court advised him that he would be subject to the terms and conditions of supervised release upon his term of imprisonment being completed, to include being released to Pioneer Center East on July 22, 2024, to participate in inpatient treatment. Mr. McRae acknowledged an understanding to these terms and conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licenced/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Mr. McRae violated the terms and conditions of his supervised release by failing to participate in and/or complete his approved substance abuse treatment program on or about July 26, 2024. |

Prob12C
Re: McRae, Nicholas Matthew
July 26, 2024
Page 2

Specifically, on July 26, 2024, collateral contact with Mr. McRae's substance abuse treatment provider, Pioneer Center East (PCE), indicated that he aborted his inpatient treatment against medical advice. PCE staff further indicated that upon exiting the lobby door, he entered into the PCE van and attempted to start the vehicle, though there were no keys in the vehicle, and he then quickly ran off the PCE property.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 26, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/29/2024

Date