PROB 12C
(6/16)

Report Date: July 29, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nicholas Matthew McRae | Case Number: 0980 2:17CR00136-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: March 15, 2018 | |
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| Original Sentence: Prison - 77 months  TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 19, 2024)  Prison - 4 months  TSR - 32 months | |
| Asst. U.S. Attorney: Patrick J. Cashman | Date Supervision Commenced: July 22, 2024 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: March 21, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/26/2024.

Mr. McRae was present during a revocation hearing on July 19, 2024, in which the Court advised him that he would be subject to the terms and conditions of supervised release upon his term of imprisonment. Mr. McRae acknowledged an understanding to these terms and conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.  **Supporting Evidence**: It is alleged that Mr. McRae violated the terms and conditions of his supervised release by committing the criminal offense of misdemeanor disorderly conduct on July 26, 2024.  On July 26, 2024, a Spokane Police Department (SPD) officer made contact with a citizen who reported that a male, later identified as Mr. McRae, jumped into the tailgate of his pick-up-truck. The citizen reported he felt unsafe as Mr. McRae's behavior was unusual so he called 911 and eventually drove to the police station. Upon arriving at the police station, Mr. McRae ran to the juvenile detention center. Mr. McRae was eventually contacted by an SPD |

Prob12C
Re: McRae, Nicholas Matthew
July 29, 2024
Page 2

officer and initially refused to identify himself and was rambling incoherently. Due to the aforementioned tumultuous conduct, Mr. McRae was arrested for disorder conduct. As of this writing, Mr. McRae is being held on $500 bail at the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/29/2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/29/2024
Date